# DODSON & HOOKS, LLC

Richard J. Dodson
Michael A. Colomb
H. Price Mounger, III
Kenneth H. Hooks, III

April 28, 2022

Kenny@dodsonhooks.com
Price@dodsonhooks.com

**_Via U.S. FedEx_**_: 76718032971_
Honorable Mark Graffeo
Clerk of Court 18th JDC
850 8th Street
Port Allen, LA 70767

Re:    *Rose Smith and Gordon Smith vs. DeAnthony C. Blake, et al,* 18th JDC, Parish of
West Baton Rouge, State of Louisiana, Suit No.: 1047410, Div. B

Dear Sir/Madam:

Enclosed please find the original and four (4) copies of the Plaintiff's *Petition for Damages*. I ask that you file original into the record and file-stamp the additional copy and return to me in the self-addressed envelope provided.

I have enclosed a check totaling $615.00, to cover the cost of filing.

Please be aware that there are 3 services as noted at the end of the petition that need to be issued once the <u>Petition for Damages</u> has been filed.

Should you have any questions, please feel free to contact me. Thanking you in advance for your prompt assistance with this matter, I am

Very truly yours,
**DODSON & HOOKS, LLC**

Amanda Chamberlain
*Legal Assistant to Kenneth H. Hooks, III
and H. Price Mounger, III*

Enclosures

2022 APR 29 AM 11: 16

COPY TO ATTORNEY

APR 2 9 2022



# FAX

**Date:** 4/28/2022

Number of pages including cover sheet: _____

TO: _H. Price Mounger_     From: **DEBRA HEBERT**
West Baton Rouge Parish Clerk of Court
Post Office Box 107
Phone: _____     Port Allen, LA 70767
Phone: (225)383-0378
Fax Phone No. _756-0025_     Fax: (225)383-3694

Suit Caption: _Rose Smith et al vs Deanthony C Blake et al_

Docket # _1047410  Div. B_

REMARKS:_____ URGENT:_____ FOR YOUR REVIEW:_____ REPLY ASAP:_____

## COSTS DUE FOR FAX FILING PLUS FILING OF ORIGNAL DOCUMENTS $ _615.00_

_Please complete the attached Civil Case Reporting
Sheet and Return with originals_

**Important Note:** If your **NEW** civil suit was faxed, **PLEASE put the docket number** on your originals. This will avoid duplication of filing and additional costs. The Clerk's Office is not responsible for any costs incurred as a result of duplicate filing.

*Via Facsimile to 225-383-3694*
Honorable Mark Graffeo
Clerk of Court 18th JDC
P.O. Box 107
Port Allen, LA 70767

Re:  *Rose Smith and Gordon Smith vs. DeAnthony C. Blake, et al*, 18th JDC, Parish of
West Baton Rouge, State of Louisiana, New Suit:

Dear Sir/Madam:

Attached please find the *Petition for Damages* which we ask that you fax-file into the
record and provide me with a fax confirmation outlining the costs associated with this filing.
Upon receipt of your fax confirmation, the originals and a check will be mailed to your
attention.

Please be aware that there are 3 services as noted at the end of the petition that need
to be issued once the Petition for Damages has been filed.

Thank you for your assistance. Should you have any questions, please feel free to
contact our office.

Very truly yours,

**DODSON & HOOKS**, LLC

AMANDA CHAMBERLAIN
*Legal Assistant to Kenneth H. Hooks, III
and H. Price Mounger, III*

Attachments

RECEIVED AND FILED
WEST BATON ROUGE PARISH
CLERK OF COURT

2022 APR 28 AM 8: 02

DEPUTY CLERK

*CONFIDENTIALITY STATEMENT*

This facsimile message may contain privileged and confidential information intended only for the use of the individual or entity name above.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited by law.  If you have received this message in error, please notify sender by telephone at (225) 756-0222

| | |
|---|---|
| **ROSE SMITH AND GORDON SMITH** | **DOCKET NO.** /04 740 **SEC.** B |
| **VERSUS** | **18TH JUDICIAL DISTRICT COURT** |
| **DEANTHONY C. BLAKE, STOCKSTILL TRUCKING, INC. and SENTURY SELECT INSURANCE COMPANY** | **PARISH OF WEST BATON ROUGE** **STATE OF LOUISIANA** |

 **PETITION FOR DAMAGES**

**NOW INTO COURT,** through undersigned counsel, come ROSE AND GORDON SMITH, persons of the full age of majority and residents of East Baton Rouge Parish, State of Louisiana, who respectfully represents to the Court as follows:

1.

Made Defendants herein:

A. **DEANTHONY C. BLAKE,** an individual of the full age of majority, residing at 5247 Redlick Road, Lorman, Mississippi;

B. **STOCKSTILL TRUCKING, INC.,** a foreign corporation, not licensed yet doing business within the State of Louisiana, with a principal office and domicile at 158 Central Industrial Row, Purvis, Mississippi; and

C. **SENTRY SELECT INSURANCE COMPANY,** a foreign insurance company authorized to do and doing business in the state of Louisiana (herein after "Sentry Insurance").

2.

Jurisdiction and venue are both proper in this Court. La. C.C.P. Art. 74 provides that an action for the recovery of damages for an offense or quasi offense may be brought in the parish where the wrongful conduct occurred, or where the damages were sustained.

3.

The defendants named herein are solidarity indebted unto Petitioners for amounts reasonable in the premises, plus legal interest thereon, from date of judicial demand until paid, and for all cost of these proceedings, for all the following reasons, to wit:

4.

On or about April 29, 2021, Petitioners were stopped in traffic on I-10 near mile marker 152.5, near the interchange with La. Hwy. 415 in Lobdell, Louisiana when they were struck from behind by a truck driven by defendant Deanthony Blake and owned by defendant Stockstill Trucking, Inc.

5.

Defendant Deanthony Blake was at fault in the accident and ticketed at the scene for careless operation of his vehicle by the investigating officer.

6.

At the time of this motor vehicle accident, and at all time material hereto, defendant Deanthony Blake was employed by and in the course and scope of his employment with defendant Stocksill Trucking, Inc., thus making Defendant Stockstill Trucking, Inc. liable for all actions and inactions of defendant Deanthony Blake, and legally responsible for all of the damages sustained by Petitioners in this incident.

7.

At the time of the accident, there was a full force and effect a policy of liability insurance issued by defendant Sentry Select Insurance Company on behalf of defendant Stockstill Trucking, Inc. that indemnifies named defendants against liability for the damages complained of herein and which policy insures, inter alia, to the benefit of Petitioners under the provisions of the Louisiana Direct Action Statue, LSA R.S. 22:1269 *et. Seq.*, thereby entitling Petitioners to maintain this direct action against this insurer, and rendering said insurer liable, *in solido*, with the other defendants unto Petitioners for the damages sued for herein.

8.

As a direct result of the accident caused by the negligence of defendant Deanthony Blake, Petitioners have suffered personal injuries and are therefore entitled to recover the following non-exclusive damages from defendants including the following:

      a.  Past medical expenses;
      b.  Future medical expenses;
      c.  Past physical pain and suffering;
      d.  Future physical pain and suffering;
      e.  Past mental pain and suffering;
      f.  Future mental pain and suffering;
      g.  Bodily injury;
      h.  Loss of enjoyment of life; and
      i.  Other elements of damages to be provided at the trial of this matter.

9.

It is alleged upon information and belief that the accident and resulting damages sued upon herein was legally caused by the negligence or legal fault of defendant Deanthony Blake, which include, but may not be limited to, the following acts of negligent acts and/or omissions:

    a.  Failure to timely stop;
    b.  Inattentiveness;
    c.  Careless operation of a vehicle;
    d.  Failure to maintain a proper look out;
    e.  Breaching a legally imposed duty of reasonable care;
    f.  Failure to maintain control of his vehicle; and
    g.  Other acts of negligence which may be shown at the trial of this matter.

10.

Petitioners pray for a trial by jury on all matters asserted herein.

**WHEREFORE**, Petitioners pray that after all due proceedings are hard, that there be a judgement rendered herein in their favor and against all named defendants, in an amount reasonable and equitable in the premises, with interest from the date of judicial demand, until paid, or as allowed by law, for all cost of these proceedings, and for all general and amicable relief.

Respectfully Submitted:

H. Price Mounger, III (# 19077)
Kenneth H. Hooks, III (# 25097)
**Dodson & Hooks LLC**
112 Founders Drive
Baton Rouge, LA 70810
Telephone: (225) 756-0222
Facsimile: (225) 756-0025
Price@dodsonhooks.com
Kenny@dodsonhooks.com

**PLEASE SERVE:**

    **SENTRY SELECT INSURANCE COMPANY**
    *Through its registered agent:*
    Louisiana Secretary of State
    8585 Archives Ave.
    Baton Rouge, LA 70809

**PLEASE ISSUE LONG ARM CITATION AND SERVICE FOR:**

    **DEANTHONY C. BLAKE**
    5247 Redlick Road
    Lorman, Mississippi  39096

    and

    **STOCKSTILL TRUCKING, INC.**
    158 Central Industrial Row
    Purvis, Mississippi  39475

3

| | |
|---|---|
| **ROSE SMITH AND GORDON SMITH** | **DOCKET NO.** *104740* **SEC.** *B* |
| **VERSUS** | **18TH JUDICIAL DISTRICT COURT** |
| **DEANTHONY C. BLAKE, STOCKSTILL TRUCKING, INC. and SENTURY SELECT INSURANCE COMPANY** | **PARISH OF WEST BATON ROUGE** **STATE OF LOUISIANA** |



### REQUEST FOR NOTICE

TO: CLERK OF COURT

18th Judicial District Court

West Baton Rouge, State of Louisiana

2022 APR 29 AM11: 17

In accordance with the provisions of Articles 1571 and 1572 of the *Louisiana Code of Civil Procedure,* you are hereby requested to give us, as counsel for Plaintiff, written notice by mail, ten (10) days in advance of any date fixed for any trial or hearing of the case, whether on exception rule, or on the merits thereof.

In accordance with the provisions of Articles 1913 and 1914 of the *Louisiana Code of Civil Procedure,* you are hereby additionally requested to send us immediate notice of any order or judgement made or rendered in this case upon entry of any such order or judgement made or rendered in this case.

Respectfully Submitted:

H. Price Mounger, III (# 19077)
Kenneth H. Hooks, III (# 25097)
**Dodson & Hooks LLC**
112 Founders Drive
Baton Rouge, LA 70810
Telephone: (225) 756-0222
Facsimile: (225) 756-0025
Price@dodsonhooks.com
Kenny@dodsonhooks.com

LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:4688 &
Part G, 13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

Suit Caption: _Rose Smith et al vs. Deanthony C. Blake et al_

Court: _18th Judicial District Court_    Docket Number: _1047410 Div B_

Parish of Filing: _Parish of West Baton Rouge_    Filing Date: _4/28/2022_

Name of Lead Petitioner's Attorney: _Kenneth Hooks, III_

Name of Self-Represented Litigant: _____

Number of named petitioners: _1_    Number of named defendants: _3_

Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- [x] Auto: Personal Injury
- [ ] Auto: Wrongful Death
- [ ] Asbestos: Property Damage
- [ ] Product Liability
- [ ] Intentional Bodily Injury
- [ ] Intentional Wrongful Death
- [ ] Business Tort
- [ ] Defamation
- [ ] Environmental Tort
- [ ] Intellectual Property
- [ ] Legal Malpractice
- [ ] Other Professional Malpractice
- [ ] Maritime
- [ ] Wrongful Death
- [ ] General Negligence

- [ ] Auto: Property Damage
- [ ] Auto: uninsured Motorist
- [ ] Asbestos: Personal Injury
- [ ] Premise Liability
- [ ] Intentional Property Damage
- [ ] Unfair Business Practice
- [ ] Fraud
- [ ] Professional Negligence
- [ ] Medical Malpractice
- [ ] Toxic Tort
- [ ] Other Tort (describe below)
- [ ] Redhibition
- [ ] Class Action (nature of case)

Please briefly describe the nature of the litigation in one sentence of additional detail:
_Rear ended by 18-wheeler_

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name _Amanda Chambers_    Signature _A. Chambers_

Address _112 Founders Dr. BR, LA 70810_

Phone number: _225-756-0004_    E-mail address _amanda@dodsonhooks.com_

---

APR. 27. 2022  7:09PM    DODSON&HOOKS    NO. 4690    P. 1

# DODSON & HOOKS, LLC

Richard J. Dodson
Michael A. Colomb
H. Price Mounger, III
Kenneth H. Hooks, III

112 Founders Drive, Baton Rouge, LA 70810    Office: (225) 756-0222    Fax (225) 756-0025    www.dodsonhooks.com

Kenny@dodsonhooks.com
Price@dodsonhooks.com

## FACSIMILE: 5 PAGE(s)

April 27, 2022

# CITATION

| | | |
|---|---|---|
| *ROSE SMITH, ET AL* |  | *Case: 00001047410* |
| | | *Division: B* |
| *Versus* | | *18th Judicial District Court* |
| | | *Parish of West Baton Rouge* |
| *DEANTHONY C BLAKE, ET AL* | | *State of Louisiana* |

SERVE:  SENTRY SELECT INSURANCE COMPANY
          THRU SECRETARY OF STATE
          8585 ARCHIVES AVE
          BATON ROUGE, LA  70809

You are named as a defendant in the above captioned matter.  Attached to this citation is a:

    ☒  Certified Copy of Original Petition

    ☐  Certified Copy of Amended Petition

    ☐  Discovery Request

*You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the Office of the Clerk of Court of the 18th Judicial District Court for the Parish of West Baton Rouge, located at 850 Eighth Street, Port Allen, LA 70767 within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.*

**Article 1001 of the Louisiana Code of Civil Procedure states:**

A.  A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30) days** after service of the amended petition.

B.  When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.

C.  The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

## THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.

*This Citation was issued by the Clerk for the Court of the Parish of West Baton Rouge on April 29, 2022.*

                                  *Deputy Clerk of Court*
                                  *Hon. Mark J. Graffeo, Clerk of Court*
                                  *18th JDC West Baton Rouge*
                                  *P.O. Box 107*
                                  *Port Allen, LA 70767*

*Attorney:  H PRICE MOUNGER III*

---

NOTICE FOR PERSONS IN NEED OF ACCOMODATIONS OR LANGUAGE ASSISTANCE
*If you are a person with a disability who requires reasonable accommodation or an individual with limited proficiency in the English Language who needs foreign language assistance in order to participate in this proceeding, you may be entitled to certain assistance at no cost to you.  Please contact the West Baton Rouge Parish Clerk of Court, 850 Eighth Street, Port Allen, Louisiana 70767, telephone number 225-383-0378, within two working days of receipt of this notice.  If you are hearing and/or voice impaired, you may call the Louisiana Relay Center at 1-800-846-5277 (TDD only) or 1-800-947-5277 (voice).*

[ FILE COPY ]

## LONG ARM CITATION
### CITATION PURSUANT TO THE PROVISIONS OF LSA-R.S. 13:3201 ET SEQ.

ROSE SMITH, ET AL

Versus

DEANTHONY C BLAKE, ET AL



Case: 00001047410
Division: B
18th Judicial District Court
Parish of West Baton Rouge
State of Louisiana

TO:  DEANTHONY C BLAKE
     THRU LONG ARM SERVICE
     5247 REDLICK ROAD
     LORMAN , MS  39096

**YOU ARE HEREBY SUMMONED** to comply with the prayer of the attached **PETITION FOR DAMAGES** or file your answer thereto in writing, in the office of the Clerk of Court for the 18th Judicial District Court of the State of Louisiana, in and for the Parish of West Baton Rouge, situated at the Court House of said Parish within thirty(30) days after the filing in the record of the affidavit of the individual who either:

(a) mailed the process to the defendant, showing that it was enclosed in an envelope properly addressed to the defendant, with sufficient postage affixed, and the date it was deposited in the United States mail, to which shall be attached the return receipt of the defendant; or

(b) actually delivered the process to the defendant, showing the date and place, and manner of delivery, under penalty of default.

WITNESS, THE HONORABLE JUDGES OF SAID COURT, ON APRIL 29, 2022

*Debra Hebert*
_____
Deputy Clerk of Court
Hon. Mark J. Graffeo, Clerk of Court
18th JDC/West Baton Rouge
PO Box 107
Port Allen, LA 70767

Attorney:  H PRICE MOUNGER

[ FILE COPY ]

## LONG ARM CITATION
### CITATION PURSUANT TO THE PROVISIONS OF LSA-R.S. 13:3201 ET SEQ.

ROSE SMITH, ET AL

Versus

DEANTHONY C BLAKE, ET AL



Case: 00001047410
Division: B
18th Judicial District Court
Parish of West Baton Rouge
State of Louisiana

TO:  STOCKSTILL TRUCKING INC
     THRU LONG ARM SERVICE
     158 CENTRAL INDUSTIAL ROW
     PURVIS, MS 39475

**YOU ARE HEREBY SUMMONED** to comply with the prayer of the attached **PETITION FOR DAMAGES** or file your answer thereto in writing, in the office of the Clerk of Court for the 18th Judicial District Court of the State of Louisiana, in and for the Parish of West Baton Rouge, situated at the Court House of said Parish within thirty(30) days after the filing in the record of the affidavit of the individual who either:

(a) mailed the process to the defendant, showing that it was enclosed in an envelope properly addressed to the defendant, with sufficient postage affixed, and the date it was deposited in the United States mail, to which shall be attached the return receipt of the defendant; or

(b) actually delivered the process to the defendant, showing the date and place, and manner of delivery, under penalty of default.

WITNESS, THE HONORABLE JUDGES OF SAID COURT, ON APRIL 29, 2022

*Diebra Hebert*
_____
Deputy Clerk of Court
Hon. Mark J. Graffeo, Clerk of Court
18th JDC/West Baton Rouge
PO Box 107
Port Allen, LA 70767

Attorney:  H PRICE MOUNGER

[ FILE COPY ]

```
┌─────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT       │
└─────────────────────────────────────────┘
                              TIME  : 04/28/2022 09:03
                              NAME  : WBRPCC
                              FAX   : 2253833694
                              TEL   : 2253830378
                              SER.# : BROF9V679626
```

| | |
|---|---|
| DATE,TIME | 04/28  09:02 |
| FAX NO./NAME | 7560025 |
| DURATION | 00:00:28 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# FAX

**Date:** 4/28/2022

Number of pages including cover sheet: _____

TO: _H. Prince Mounger_    From: **DEBRA HEBERT**
West Baton Rouge Parish Clerk of Court
Post Office Box 107
Phone: _____    Port Allen, LA 70767
Phone: (225)383-0378
Fax Phone No. _756-0025_    Fax: (225)383-3694

Suit Caption: _Rose Smith et al vs Deanthony C Blake et al_

Docket # _1047410  Div. B_

REMARKS:_____ URGENT:_____ FOR YOUR REVIEW:_____ REPLY ASAP:_____

**COSTS DUE FOR FAX FILING PLUS FILING OF ORIGNAL DOCUMENTS $** _615.00_

_Please complete the attached Civil Case Reporting Sheet and return with originals_

**Important Note:** If your **NEW** civil suit was faxed, **PLEASE** put the docket number on your originals.  This will avoid duplication of filing and additional costs.  The Clerk's Office is not responsible for any costs incurred as a result of duplicate filing.

# FAX

**Date:** _4/28/2022_

Number of pages including cover sheet: _____

TO: _H. Price Mounger_

**From: DEBRA HEBERT**
West Baton Rouge Parish Clerk of Court
Post Office Box 107
Port Allen, LA 70767
Phone: (225)383-0378
Fax: (225)383-3694

Phone: _____

Fax Phone No. _756-0025_

Suit Caption: _Rose Smith et al vs Deanthony C Blake et al_

Docket # _1047410    Div. B_

REMARKS:_____    URGENT:_____    FOR YOUR REVIEW:_____    REPLY ASAP:_____

COSTS DUE FOR FAX FILING PLUS FILING OF ORIGNAL DOCUMENTS $_615.00_

_Please complete the attached Civil Case Reporting
Sheet and Return with originals_

**Important Note:** If your **NEW** civil suit was faxed, **PLEASE put the docket number** on your originals.  This will avoid duplication of filing and additional costs.   The Clerk's Office is not responsible for any costs incurred as a result of duplicate filing.

## LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:4688 &
Part G, 13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for petitioner, counsel's authorized
representative, or by the self-represented litigant (if not represented by counsel) and submitted with the
original petition filed with the court. The information should be the best available at the time of filing.
This information does not constitute a discovery request, response or supplementation, and is not
admissible at trial.

Suit Caption: _____

vs. _____

Court: __18th Judicial District Court__    Docket Number: _1047410 Div B_

Parish of Filing: __Parish of West Baton Rouge__    Filing Date: _4/28/2022_

Name of Lead Petitioner's Attorney: _____

Name of Self-Represented Litigant: _____

Number of named petitioners: _____    Number of named defendants: _____

Type of Lawsuit: Please check the categories which most appropriately apply to
this suit (no more than 3 categories should be checked):

_____ Auto: Personal Injury
_____ Auto: Wrongful Death
_____ Asbestos: Property Damage
_____ Product Liability
_____ Intentional Bodily Injury
_____ Intentional Wrongful Death
_____ Business Tort
_____ Defamation
_____ Environmental Tort
_____ Intellectual Property
_____ Legal Malpractice
_____ Other Professional Malpractice
_____ Maritime
_____ Wrongful Death
_____ General Negligence

_____ Auto: Property Damage
_____ Auto: uninsured Motorist
_____ Asbestos: Personal Injury
_____ Premise Liability
_____ Intentional Property Damage
_____ Unfair Business Practice
_____ Fraud
_____ Professional Negligence
_____ Medical Malpractice
_____ Toxic Tort
_____ Other Tort (describe below)
_____ Redhibition
_____ Class Action (nature of case)
_____

**Please briefly describe the nature of the litigation in one sentence of additional detail:**

_____
_____

Following the completion of this form by counsel, counsel's representative, or by the self-represented
litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of
Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name _____    Signature _____

Address _____

Phone number: _____    E-mail address _____

# DODSON & HOOKS, LLC

Richard J. Dodson
Michael A. Colomb
H. Price Mounger, III
Kenneth H. Hooks, III

112 Founders Drive, Baton Rouge, LA 70810   Office: (225) 756-0222   Fax: (225) 756-0025   www.dodsonhooks.com

## FACSIMILE: 5 PAGE(s)

Kenny@dodsonhooks.com
Price@dodsonhooks.com

April 27, 2022

*Via Facsimile to 225-383-3694*
Honorable Mark Graffeo
Clerk of Court 18th JDC
P.O. Box 107
Port Allen, LA 70767

Re: *Rose Smith and Gordon Smith vs. DeAnthony C. Blake, et al,* 18th JDC, Parish of
West Baton Rouge, State of Louisiana, New Suit:

Dear Sir/Madam:

Attached please find the *Petition for Damages* which we ask that you fax-file into the record and provide me with a fax confirmation outlining the costs associated with this filing. Upon receipt of your fax confirmation, the originals and a check will be mailed to your attention.

Please be aware that there are 3 services as noted at the end of the petition that need to be issued once the Petition for Damages has been filed.

Thank you for your assistance. Should you have any questions, please feel free to contact our office.

Very truly yours,

DODSON & HOOKS, LLC

AMANDA CHAMBERLAIN
*Legal Assistant to Kenneth H. Hooks, III*
*and H. Price Mounger, III*

Attachments

2022 APR 28 AH 8: 02

*CONFIDENTIALITY STATEMENT*

This facsimile message may contain privileged and confidential information intended only for the use of the individual or entity name above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this message in error, please notify sender by telephone at (225) 756-0222

| | |
|---|---|
| ROSE SMITH AND GORDON SMITH | DOCKET NO. *104-7410*   SEC. *B* |
| VERSUS | 18TH JUDICIAL DISTRICT COURT |
| DEANTHONY C. BLAKE, STOCKSTILL TRUCKING, INC. and SENTURY SELECT INSURANCE COMPANY | PARISH OF WEST BATON ROUGE |
| | STATE OF LOUISIANA |

*4/27/22*     PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come ROSE AND GORDON SMITH, persons of the full age of majority and residents of East Baton Rouge Parish, State of Louisiana, who respectfully represents to the Court as follows:

1.

Made Defendants herein:

A. **DEANTHONY C. BLAKE**, an individual of the full age of majority, residing at 5247 Redlick Road, Lorman, Mississippi;

B. **STOCKSTILL TRUCKING, INC.**, a foreign corporation, not licensed yet doing business within the State of Louisiana, with a principal office and domicile at 158 Central Industrial Row, Purvis, Mississippi; and

C. **SENTRY SELECT INSURANCE COMPANY**, a foreign insurance company authorized to do and doing business in the state of Louisiana (herein after "Sentry Insurance").

2.

Jurisdiction and venue are both proper in this Court. La. C.C.P. Art. 74 provides that an action for the recovery of damages for an offense or quasi offense may be brought in the parish where the wrongful conduct occurred, or where the damages were sustained.

3.

The defendants named herein are solidarity indebted unto Petitioners for amounts reasonable in the premises, plus legal interest thereon, from date of judicial demand until paid, and for all cost of these proceedings, for all the following reasons, to wit:

**4.**

On or about April 29, 2021, Petitioners were stopped in traffic on I-10 near mile marker 152.5, near the interchange with La. Hwy. 415 in Lobdell, Louisiana when they were struck from behind by a truck driven by defendant Deanthony Blake and owned by defendant Stockstill Trucking, Inc.

**5.**

Defendant Deanthony Blake was at fault in the accident and ticketed at the scene for careless operation of his vehicle by the investigating officer.

**6.**

At the time of this motor vehicle accident, and at all time material hereto, defendant Deanthony Blake was employed by and in the course and scope of his employment with defendant Stocksill Trucking, Inc., thus making Defendant Stockstill Trucking, Inc. liable for all actions and inactions of defendant Deanthony Blake, and legally responsible for all of the damages sustained by Petitioners in this incident.

**7.**

At the time of the accident, there was a full force and effect a policy of liability insurance issued by defendant Sentry Select Insurance Company on behalf of defendant Stockstill Trucking, Inc. that indemnifies named defendants against liability for the damages complained of herein and which policy insures, inter alia, to the benefit of Petitioners under the provisions of the Louisiana Direct Action Statue, LSA R.S. 22:1269 *et. Seq.*, thereby entitling Petitioners to maintain this direct action against this insurer, and rendering said insurer liable, *in solido*, with the other defendants unto Petitioners for the damages sued for herein.

**8.**

As a direct result of the accident caused by the negligence of defendant Deanthony Blake, Petitioners have suffered personal injuries and are therefore entitled to recover the following non-exclusive damages from defendants including the following:

    a.  Past medical expenses;
    b.  Future medical expenses;
    c.  Past physical pain and suffering;
    d.  Future physical pain and suffering;
    e.  Past mental pain and suffering;
    f.  Future mental pain and suffering;
    g.  Bodily injury;
    h.  Loss of enjoyment of life; and
    i.  Other elements of damages to be provided at the trial of this matter.

9.

It is alleged upon information and belief that the accident and resulting damages sued upon herein was legally caused by the negligence or legal fault of defendant Deanthony Blake, which include, but may not be limited to, the following acts of negligent acts and/or omissions:

  a. Failure to timely stop;
  b. Inattentiveness;
  c. Careless operation of a vehicle;
  d. Failure to maintain a proper look out;
  e. Breaching a legally imposed duty of reasonable care;
  f. Failure to maintain control of his vehicle; and
  g. Other acts of negligence which may be shown at the trial of this matter.

10.

Petitioners pray for a trial by jury on all matters asserted herein.

**WHEREFORE,** Petitioners pray that after all due proceedings are hard, that there be a judgement rendered herein in their favor and against all named defendants, in an amount reasonable and equitable in the premises, with interest from the date of judicial demand, until paid, or as allowed by law, for all cost of these proceedings, and for all general and amicable relief.

Respectfully Submitted:

H. Price Mounger, III (# 19077)
Kenneth H. Hooks, III (# 25097)
**Dodson & Hooks LLC**
112 Founders Drive
Baton Rouge, LA 70810
Telephone: (225) 756-0222
Facsimile: (225) 756-0025
Price@dodsonhooks.com
Kenny@dodsonhooks.com

**PLEASE SERVE:**

  **SENTRY SELECT INSURANCE COMPANY**
  *Through its registered agent:*
  Louisiana Secretary of State
  8585 Archives Ave.
  Baton Rouge, LA 70809

**PLEASE ISSUE LONG ARM CITATION AND SERVICE FOR:**

  **DEANTHONY C. BLAKE**
  5247 Redlick Road
  Lorman, Mississippi 39096

  and

  **STOCKSTILL TRUCKING, INC.**
  158 Central Industrial Row
  Purvis, Mississippi 39475

3

ROSE SMITH AND GORDON SMITH

VERSUS

DEANTHONY C. BLAKE, STOCKSTILL
TRUCKING, INC. and SENTURY
SELECT INSURANCE COMPANY

DOCKET NO. *1047410*  SEC. *B*

18TH JUDICIAL DISTRICT COURT

PARISH OF WEST BATON ROUGE

STATE OF LOUISIANA



**REQUEST FOR NOTICE**

TO: CLERK OF COURT

18th Judicial District Court

West Baton Rouge, State of Louisiana

In accordance with the provisions of Articles 1571 and 1572 of the *Louisiana Code of Civil Procedure,* you are hereby requested to give us, as counsel for Plaintiff, written notice by mail, ten (10) days in advance of any date fixed for any trial or hearing of the case, whether on exception rule, or on the merits thereof.

In accordance with the provisions of Articles 1913 and 1914 of the *Louisiana Code of Civil Procedure,* you are hereby additionally requested to send us immediate notice of any order or judgement made or rendered in this case upon entry of any such order or judgement made or rendered in this case.

Respectfully Submitted:

H. Price Mounger, III (# 19677)
Kenneth H. Hooks, III (# 25097)
**Dodson & Hooks LLC**
112 Founders Drive
Baton Rouge, LA 70810
Telephone: (225) 756-0222
Facsimile: (225) 756-0025
Price@dodsonhooks.com
Kenny@dodsonhooks.com



# RABALAIS, HEBERT & COUVILLION

*A Limited Liability Company*
Attorneys and Counselors at Law

701 Robley Drive, Suite 210
Lafayette, Louisiana 70503
www.rabalaishebert.com

STEVEN B. RABALAIS
CHRISTOPHER H. HEBERT
BLAKE T. COUVILLION

Telephone (337) 981-0309
FAX (337) 981-0905
Writer's E-mail srabalais@rhhnet.com

June 14, 2022

Of Counsel:
FRED W. DAVIS
MELVIN A. EIDEN

**VIA FACSIMILE: 225-383-3694**
97
West Baton Rouge Parish Clerk of Court
Attn: Civil Department
P.O. Box 107
Port Allen, LA 70767

Re: <u>Gordon and Rose Smith v. DeAnthony Blake, et al</u>
*18th JDC Docket No. C-1047410, Div. B*

Dear Clerk:

Enclosed please find the Answer, Request for Notice of Trial Date and Order Granting Trial by Jury on behalf of De'Anthony C. Blake, Stockstill Trucking, Inc., and Sentry Select Insurance Company to be filed into the record of the above referenced matter. Please respond with a confirmation of receipt and payment amount, and the originals will be placed in the mail to you along with our check for filing costs.

Thank you for your courtesies regarding this matter.

Sincerely,

STEVEN B. RABALAIS

SBR/slw
Enclosures

cc: Mr. H. Price Mounger, III *(via email only: <u>Price@dodsonhooks.com</u>)*

| | | |
|---|---|---|
| ROSE SMITH AND GORDON SMITH | * | 18TH JUDICIAL DISTRICT COURT |
| VERSUS | * | DOCKET NO. 1047410, DIV. B |
| DEANTHONY C. BLAKE,<br>STOCKSTILL TRUCKING, INC.,<br>and SENTURY SELECT INSURANCE | * | PARISH OF WEST BATON ROUGE |
| COMPANY | * | STATE OF LOUISIANA |

**************************************************************************************************

## ANSWER

NOW INTO COURT, through undersigned counsel, come De'Anthony C. Blake,

Stockstill Trucking, Inc., and Sentry Select Insurance Company, Defendants herein,

who Answer the Petition for Damages of Rose Smith and Gordon Smith as follows:

1.

These defendants admit their names and domiciles.

2.

While not admitting fault, causation, or liability, the allegations of Article 2, as

phrased, are admitted. Neither jurisdiction nor venue has been excepted to herein.

3.

The allegations of Article 3 are denied for lack of sufficient information to justify a

belief therein.

4.

Except to admit that minor contact occurred between the Blake/Stockstill vehicle

and the vehicle occupied by the Smiths, the allegations of Article 4 are denied for lack of

sufficient information to justify a belief therein.

5.

The allegations of Article 5 are denied for lack of sufficient information to justify a

belief therein.  Mr. Blake denies that he received a traffic citation.

6.

It is admitted that Mr. Blake was an employee of Stockstill and was acting within

the course and scope of his employment.  Any remaining allegations of Article 6,

including those pertaining to liability, are denied for lack of sufficient information to

justify a belief therein.

7.

These Defendants aver that any policy of insurance issued herein by Sentry Select Insurance Company, being a written instrument and binding contract, is the best evidence of its own contents. Said insurance policy, with each and all of its exceptions, exclusions, denials, defenses, definitions, and limitations, is pled herein as if copied "*in extenso*". Any remaining allegations of Article 7 are denied for lack of sufficient information to justify a belief therein.

8.

The allegations of Article 8 are denied for lack of sufficient information to justify a belief therein.

9.

The allegations of Article 9 are denied for lack of sufficient information to justify a belief therein.

10.

To the extent that Article 10 contains allegations the fact that require Answer on behalf of these Defendants, same are denied for lack of sufficient information to justify a belief therein.

11.

De'Anthony C. Blake, Stockstill Trucking, Inc., and Sentry Select Insurance Company are entitled to and pray for trial by jury on all issues herein.

AND NOW, further Answering, Defendants De'Anthony C. Blake, Stockstill Trucking, Inc., and Sentry Select Insurance Company assert affirmative defenses as follows:

12.

These defendants aver that the subject accident was caused, in whole or in part, by the negligence/fault of Mr. Gordon Smith in coming to a stop ahead of Mr. Blake and/or in not driving forward in stop and go traffic when other vehicles did and/or by failing to maintain control of his vehicle and/or by other acts or omissions constituting negligence and/or fault.

13.

Upon the foregoing grounds, the fault of Mr. Gordon Smith is asserted as the defense of comparative negligence/fault as to his case/claim.

14.

The fault of Mr. Smith is asserted as the defense of Third Party Fault as to the case/claim of Mrs. Rose Smith.

15.

These Defendants further aver that to the extent that any of the Plaintiffs' medical expenses or other damages have been or will be paid by a third party in whose favor a right of subrogation exists, including but not limited to any medical payments coverage, collision or other property damage coverage, health insurance coverage, worker's compensation coverage, occupational accident coverage, payments by Medicaid, payments by Medicare, or any other third party payments, that the Plaintiffs are without a right of action to recover those previously-paid damages from the Defendants herein. These Defendants further aver that any obligation to pay said expenses has been extinguished.

16.

These Defendants aver that the injuries and damages complained of herein were not caused by the incident sued upon but are, instead, either in whole or in part, the result of pre-existing medical conditions and/or otherwise attributable to factors for which these Defendants are not legally responsible.

17.

These defendants further aver that to the extent that any subsequent accident and/or incident and/or trauma and/or any other factor independent of the subject accident has caused an aggravation and/or exacerbation and/or worsening of Plaintiffs' conditions, that said event is hereby pled as the defense of superseding and/or intervening cause of injury.

18.

These Defendants aver that the accident sued upon did not involve sufficient force to have caused the injuries complained of and/or was otherwise not the cause of the damages complained of herein.

3

19.

These Defendants further assert the defense of failure to mitigate damages.

20.

Defendants De'Anthony C. Blake, Stockstill Trucking, Inc., and Sentry Select Insurance Company reserve all rights to assert additional affirmative defenses and/or incidental demands as investigation and discovery proceed.

WHEREFORE, premises considered, De'Anthony C. Blake, Stockstill Trucking, Inc. and Sentry Select Insurance Company pray that their Answer to the Petition of Rose Smith and Gordon Smith be deemed good and sufficient and that after due proceedings are had that there be judgment herein and in their favor dismissing all demands of plaintiffs, Rose Smith and Gordon Smith, with prejudice, and at the cost and expense of plaintiffs herein.

De'Anthony C. Blake, Stockstill Trucking, Inc., and Sentry Select Insurance Company are entitled to and pray for trial by jury on all issues herein.

AND FOR ALL GENERAL AND EQUITABLE RELIEF, ETC.

Respectfully submitted,

**RABALAIS, HEBERT & COUVILLION, LLC**

BY: _____
**STEVEN B. RABALAIS (#17100)**
**BLAKE T. COUVILLION (#37443)**
**MELVIN A. EIDEN (#19557)**
701 Robley Drive, Suite 210
Lafayette, LA 70503
Telephone: (337) 981-0309
Fax: (337) 981-0905
Email: srabalais@rhhnet.com
blake@rhhnet.com
meiden@rhhnet.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has this day been forwarded to counsel of record via electronic mail, facsimile, and/or by placing a copy of same in the United States Mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this ____14th____ day of June, 2022.

_____
STEVEN B. RABALAIS

ROSE SMITH AND GORDON SMITH    *   18TH JUDICIAL DISTRICT COURT

VERSUS                       *   DOCKET NO. 1047410, DIV. B

DEANTHONY C. BLAKE,
STOCKSTILL TRUCKING, INC.,     *   PARISH OF WEST BATON ROUGE
and SENTURY SELECT INSURANCE
COMPANY                  *   STATE OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## REQUEST FOR NOTICE OF TRIAL DATE, ETC.

TO THE CLERK OF COURT for the 18th Judicial District Court, Parish of West

Baton Rouge, Louisiana:

Please take notice that RABALAIS, HEBERT & COUVILLION, LLC, attorneys for

De'Anthony C. Blake, Stockstill Trucking, Inc. and Sentry Select Insurance Company do

hereby request written notice of the date of trial of the above matter as well as notice of

hearings (whether on the merits or otherwise), orders, judgments and interlocutory

decrees, and any and all formal steps taken by the parties herein, the Judge or any

member of Court, as provided in Louisiana Code of Civil Procedure, particularly Articles

1572, 1913 and 1914.

Respectfully submitted,

RABALAIS, HEBERT & COUVILLION, LLC

BY: _____
    **STEVEN B. RABALAIS (#17100)**
    **BLAKE T. COUVILLION (#37443)**
    **MELVIN A. EIDEN (#19557)**
    701 Robley Drive, Suite 210
    Lafayette, LA 70503
    Telephone: (337) 981-0309
    Fax: (337) 981-0905
    Email:   srabalais@rhhnet.com
            blake@rhhnet.com
            meiden@rhhnet.com

| | | |
|---|---|---|
| ROSE SMITH AND GORDON SMITH | * | 18TH JUDICIAL DISTRICT COURT |
| VERSUS | * | DOCKET NO. 1047410, DIV. B |
| DEANTHONY C. BLAKE, STOCKSTILL TRUCKING, INC., and SENTURY SELECT INSURANCE COMPANY | * | PARISH OF WEST BATON ROUGE |
| | * | STATE OF LOUISIANA |

*******************************************************************************

## ORDER GRANTING TRIAL BY JURY

Considering the jury demand of De'Anthony C. Blake, Stockstill Trucking, Inc., and Sentry Select Insurance Company:

IT IS ORDERED that this matter be tried BY JURY, upon the posting of bond in the amount of _____, with good and sufficient surety, _____ days prior to trial.

Signed in _____ this _____ day of _____, 2022.

_____
DISTRICT JUDGE

6

## NOTICE OF SIGNING JURY ORDER

**ROSE SMITH, ET AL**

**Versus**

**DEANTHONY C BLAKE, ET AL**



Case: 00001047410
Division: B
18th Judicial District Court
Parish of West Baton Rouge
State of Louisiana

TO:  STEVEN B RABALAIS
     RABALAIS & HEBERT LLC
     701 ROBLEY DRIVE, SUITE 210
     LAFAYETTE, LA 70503

     H. PRICE MOUGER, III
     ATTORNEY AT LAW
     112 FOUNDERS DRIVE
     BATON ROUGE, LOUISIANA 70810

YOU ARE HEREBY NOTIFIED that an Order in the above entitled and numbered case was signed on June 20, 2022 allowing a trial by jury, upon the posting of the bond. This request being made by Defendant, De'Anthony C. Blake, Stocksill Trucking, Inc. and Sentry Select Insurance Company.

Bond to be set at status conference.

Deadline for posting bond, NO LATER THAN 60 DAYS PRIOR TO TRIAL

Juror Filing fee of $150.00 is due at the time of filing of the Jury Bond
****IN ACCORDANCE WITH LA.R.S. 13:841 (2)(C)THE FILING OF PAPER EXHIBITS, ATTACHMENTS, TRANSCRIPTS AND DEPOSITIONS WILL BE AT A COST OF $2.00 PER PAGE.**

IF THE DEPOSIT IS NOT TIMELY MADE, ANY OTHER PARTY SHALL HAVE AN ADDITIONAL 10 DAYS TO MAKE THE REQUIRED DEPOSIT

FAILURE TO POST THE CASH DEPOSIT SHALL CONSTITUTE A WAIVER OF A TRIAL BY JURY

I hereby certify that the foregoing notice was mailed to all counsel of record.  Port Allen, Louisiana, on June 24, 2022.

Deputy Clerk of Court
Hon. Mark J. Graffeo, Clerk of Court
18th JDC/West Baton Rouge
PO Box 107
Port Allen, LA 70767

Attorney:

Steven Rabalais

[ ORIGINAL ]

ROSE SMITH AND GORDON SMITH     *    18TH JUDICIAL DISTRICT COURT

VERSUS       *    DOCKET NO. 1047410, DIV. B

DEANTHONY C. BLAKE,
STOCKSTILL TRUCKING, INC.,     *    PARISH OF WEST BATON ROUGE
and SENTURY SELECT INSURANCE
COMPANY       *    STATE OF LOUISIANA

**********************************************************************

## ORDER GRANTING TRIAL BY JURY

Considering the jury demand of De'Anthony C. Blake, Stockstill Trucking, Inc. and

Sentry Select Insurance Company:

IT IS ORDERED that this matter be tried BY JURY, upon the posting of bond in

the amount of _to be set out Status conference_, with good and sufficient surety, _____ days prior to trial.

Signed in _Port Allen_ this _20_ day of _June_,

2022.

_____
DISTRICT JUDGE

Judge Tonya S. Lurry
18th Judicial District Court

CERTIFIED
TRUE COPY

JUN 24 2022

BY _____
WEST BATON ROUGE PARISH

6